912

for petitioners. *Armwell L. Cooper, Ellison A. Neel* and *Wm. Q. Boyce* for respondent.

No. 401. WALDON *v.* SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 413. ESTATE OF FARRELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Neile F. Towner* and *Theodore Pearson* for petitioners.

No. 416. COMMISSIONER OF INTERNAL REVENUE *v.* SWIRIN. C. A. 7th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Ben W. Heineman* for respondent.

No. 417. A. B. T. MANUFACTURING CORP. *v.* NATIONAL REJECTORS, INC. C. A. 7th Cir. Certiorari denied. *Clarence E. Threedy* for petitioner. *Clarence J. Loftus* and *William E. Lucas* for respondent.

No. 403. RAFFINGTON *v.* CALIFORNIA. District Court of Appeal for the Second Appellate District of California. Certiorari denied. *Morris Lavine* for petitioner. *Fred N. Howser,* Attorney General of California, and *Dan Kaufmann* and *Frank W. Richards,* Deputy Attorneys General, for respondent.

No. 412. BOYER ET AL. *v.* GARRETT ET AL. The petition for writ of certiorari to the United States Court of Appeals